UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEVEN C. CELANI

v.                                                                                          CA 07-429 ML

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objections to a Report and Recommendation issued by Magistrate Judge Martin on June 15, 2009. Although Plaintiff states that he "objects to any and all findings of fact contained in the Magistrate's (sic) decision," he makes only two specific objections. Pursuant to F. R. Civ. P. 72(b), this Court will only address those objections which are "specific."

Plaintiff objects to the Magistrate Judge's recommendation to affirm the Administrative Law Judge's ("ALJ") finding that Plaintiff did not have a severe mental impairment. This Court finds, as did the Magistrate Judge, that there is substantial evidence in the record to support the ALJ's findings on this issue.

Plaintiff also faults the Magistrate Judge's recommendation with regard to Plaintiff's claim that he is disabled by exposure to "all" pulmonary irritants as opposed to "concentrated" levels of exposure. Again, the record contains substantial evidence to support the ALJ's findings.

Accordingly, this Court adopts the Report and Recommendation in its entirety.

Plaintiff's Motion to Reverse is DENIED and Defendant's Motion to Affirm is GRANTED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
July  8 , 2009